**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE:    Tyronne D. LOWE
                                        Docket Number:  2:01CR00398-01

Your Honor:

The Solano County Probation Department has requested a copy of the presentence report in this case to assist in preparation of a presentence report for the Superior Court for a new felony driving under the influence conviction.  The offender was originally sentenced in the District of Colorado, however, jurisdiction was later transferred to this Court.  The offender was last supervised in our district until October 11, 2002, when the Court revoked supervised release and sentenced the offender to prison with no supervision to follow.  It is requested that the Court grant the probation officer permission to loan a copy of the presentence report to the Solano County Probation Department with the expectation that at the completion of the investigation, the report will be returned to this office, or destroyed.

                                Respectfully submitted,

                              /s/   John A. Poglinco

                             **JOHN A. POGLINCO
                       Senior United States Probation Officer**

Dated:        January 31, 2006
                 Sacramento, California
                 JAP:jz

**REVIEWED BY:**    /s/   Kyriacos M. Simonidis
                          **KYRIACOS M. SIMONIDIS
                          Supervising United States Probation Officer**

Attachment(s)         Presentence Report

**Re:   Tyronne D. LOWE**
      **Docket Number:   2:01CR00398-01**

---

SO ORDERED: X                            DISAGREE: _____

Dated:  February 9, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge